The People of the State of New York, Respondent, 
against
Dezeree Marshall, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Gilbert C. Hong, J., at plea; Louis L. Nock, J., at sentencing), rendered February 18, 2016, convicting her, upon a plea of guilty, of petit larceny, and sentencing her to three years of probation and five days of community service.




Per Curiam.
Judgment of conviction (Gilbert C. Hong, J., at plea; Louis L. Nock, J., at sentencing), rendered February 18, 2016, affirmed.
We are unpersuaded that the probationary sentence imposed was unduly harsh or severe, and find no extraordinary circumstances warranting a reduction of the sentence in the interest of justice (see People v Fair, 33 AD3d 558, 558 [2006], lv denied 8 NY3d 945 [2007]). Further, defendant was sentenced in accordance with her plea bargain, and should not now "be heard to complain that [s]he received what [s]he bargained for" (id. at 558, quoting People v Chambers, 123 AD2d 270, 270 [1986]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: December 30, 2016